■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO REYES, Also Known as JOSE FERMIN, Appellant. [851 NYS2d 55]—Judgment of resentence, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about December 14, 2005, and judgment, same court (Brenda Soloff, J.), rendered on or about October 28, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Gonzalez, Buckley and Catterson, JJ.